AO 91 (Rev. 11/11) Criminal Complaint (modified by USAO for telephone or other reliable electronic means)

# UNITED STATES DISTRICT COURT
for the
Southern District of Ohio

| | |
|---|---|
| United States of America<br>v.<br>Keveante Deshawn SMOOT<br><br>*Defendant(s)* | Case No. 2:22-mj-544 |

## CRIMINAL COMPLAINT BY TELEPHONE OR OTHER RELIABLE ELECTRONIC MEANS

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __July 21, 2022__ in the county of __Franklin__ in the __Southern__ District of __Ohio__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 USC 922(g)(1) | Knowingly Possess a Firearm by a Convicted Felon |

This criminal complaint is based on these facts:
SEE ATTACHED

☑ Continued on the attached sheet.

_____
*Complainant's signature*

J. Kasza ATF TFO
*Printed name and title*

Sworn to before me and signed in my presence.
Via FaceTime

Date: August 5, 2022

City and state: Columbus Ohio

Elizabeth A. Preston Deavers
United States Magistrate Judge

**PROBABLE CAUSE AFFIDAVIT**
**Keveante Deshawn SMOOT**

I, Jeffrey Kasza, being duly sworn, depose and state that:

1. I have been an Officer with the Columbus Division of Police (CPD) since 2004. I have been assigned to the Bureau of Alcohol, Tobacco, Firearms and Explosives (ATF) as a Task Force Officer (TFO) since 2021. As a result of my training and experience, I am familiar with state and federal laws pertaining to firearms and narcotics violations, among other offenses.

2. This affidavit is being submitted in support of an application for a criminal complaint against Keveante Deshawn SMOOT (hereinafter referred to as SMOOT) for, knowing he had been previously convicted of a crime punishable by imprisonment for a term exceeding one year, knowingly possessing a firearm, and the firearm was in and affecting interstate commerce, in violation of 18 U.S.C. §§ 922(g)(1) and 924(a).

3. The facts set forth within this affidavit come from the Affiant's own personal involvement with the investigation, as well as information provided by other law enforcement officers and reports. The information outlined below does not contain all details or all facts of which I am aware relating to this investigation but rather is provided for the limited purpose of establishing probable cause that SMOOT committed this offense.

4. On or about July 21, 2022, uniformed CPD officers were dispatched to 213 Broad Meadows Blvd. Columbus, Ohio on an unknown complaint of a female screaming for help. The caller also stated that there was a black shirtless male with tattoos being aggressive towards the caller.

5. CPD Officers arrived at scene and met with the caller. The caller stated the couple who were fighting live at 191 Broad Meadows Blvd and went back inside their apartment.

6. CPD Officers approached 191 Broad Meadows Blvd and were met by a female and a male, later identified as Keveante SMOOT.

7. Officers spoke to the female and determined that a mutual domestic violence incident had occurred between SMOOT and the female. While Officers were attempting to interview the female, SMOOT became aggressive. Officers observed a strong smell of alcoholic beverage coming from SMOOT's breath.

8. SMOOT and the female were inside 191 Broadmeadows Blvd arguing with each other. Officers were on the front porch when Officers observed a handgun fall out of SMOOT's waistband. The handgun fell between SMOOT's legs and Officers heard a loud thud when the firearm hit the floor. CPD Officer Vaughan acknowledged the firearm by stating "gun" multiple times.

9. The female slammed the door on the Officers. Officers set up a perimeter on the residence and covered the front and back door to the apartment. Officers made announcements to SMOOT and the female to exit the home with their hands in the air. Approximately seven (7) minutes later the female and SMOOT exited the residence.

## PROBABLE CAUSE AFFIDAVIT
### Keveante Deshawn SMOOT

10. A state search warrant was obtained and a Taurus, PT111G2, 9mm pistol bearing serial number TKO79068 was located in the master bedroom closet. On a dresser in the master bedroom, investigators located SMOOT's Ohio identification card, a visa in SMOOT's name and a debit card in SMOOT's name. Officers also located U.S. Mail in SMOOT's name in the kitchen of the residence.

11. SMOOT was prohibited from possession of a firearm based upon having been previously convicted of the following crime punishable by a term of imprisonment exceeding one year:

    a. 2:19-CR-20, Possession of a firearm by a convicted felon, 18:922(g)(1), United States District Court, Southern District of Ohio.

12. Records from case 2:19-CR-20 in the United States District Court, Southern District of Ohio show that on or about June 9, 2020, SMOOT was sentenced to forty-one (41) months of imprisonment.

13. Your Affiant confirmed via ATF resources that the aforementioned firearm possessed by SMOOT on or about July 21, 2022, was not manufactured in the State of Ohio and therefore had previously traveled in interstate commerce to reach the State of Ohio.

14. The aforementioned offenses occurred in Franklin County, Ohio, in the Southern Judicial District of Ohio.

15. Based on this information, your affiant believes probable cause exists that SMOOT, knowing he had been previously convicted of a crime punishable by imprisonment for a term exceeding one year, knowingly possessed a firearm, that is, a Taurus, PT111G2, 9mm pistol bearing serial number TKO79068 and the firearm was in and affecting interstate commerce, in violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(2).

_____
ATF TFO Jeffrey Kasza

Sworn to and subscribed before me this day of _____August 5, 2022_____, at ___1:05 P.M.,___Columbus, Ohio.

_____
Elizabeth A. Preston Deavers
United States Magistrate Judge